AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Court
Southern District of Texas
FILED

JUN 18 2018

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Sergio Francisco FERNANDEZ-Cruz | ) | Case No. M-18-1268-M |
| YOB: 1971  Citizenship: Mexico | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 17, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with Intent to Distribute Methamphetamine |
| 21 U.S.C. § 952 | Illegal Importation of Methamphetamine |

This criminal complaint is based on these facts:
On June 17, 2018 Sergio Francisco FERNANDEZ-Cruz was detained attempting to enter the United States through the Hidalgo Texas Port of Entry with approximately 61.76 kilograms of Methamphetamine concealed inside the four tires of the vehicle FERNANDEZ-Cruz was driving.
SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

_____
Complainant's signature

John P. Reinosa, U.S., HSI Special Agent
Printed name and title

Approved Joseph Leonard
Sworn to before me and signed in my presence.

Date: 6/17/2018

_____
Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Hacker
Printed name and title

## Attachment "A"

On June 17, 2018, a vehicle driven by Sergio Francisco FERNANDEZ-Cruz made entry at the Hidalgo Port of Entry in Hidalgo, Texas through the primary inspection station. The vehicle was selected for post primary inspection by Customs and Border Protection Officer (CBPO) M. Chapa. A more intensive inspection was conducted with a gamma ray machine was conducted where anomalies were discovered in the four tire areas of the vehicle. CBPO T. Arabia and Narcotics Detection Dog (NDD) "Lina" conducted an inspection of the vehicle. NDD "Lina" alerted to the area of the tires. Further physical inspection revealed a total of 24 packages concealed in the vehicle. The 24 packages weighed approximately 61.76 kilograms and field tested positive for properties of methamphetamine.

Homeland Security Investigations (HSI) Special Agents (SA) and Customs and Border Protection Task Force Officers (TFO) were advised of the situation. SA's responded to the Hidalgo Port of Entry to interview FERNANDEZ-Cruz. Prior to the interview the HSI SA's were informed by CBPO's that FERNANDEZ-Cruz's hands were shaking in primary inspection. Per the CBPO's, FERNANDEZ-Cruz was going shopping in the area to return some items bought at Home Depot. CBPO's also stated FERNANDEZ-Cruz stated he was the registered owner of the vehicle.

HSI SA's proceeded to interview FERNANDEZ-Cruz. SA and TFO read FERNANDEZ-Cruz his Miranda rights. FERNANDEZ-Cruz waived his rights in writing and elected to speak to the HSI SA and TFO.

FERNANDEZ-Cruz said that he was the owner of the vehicle. FERNANDEZ-Cruz stated that he did not know what type of drugs he was transporting but he thought he was transporting drugs. FERNANDEZ-Cruz said he was being paid about $500 USD to take the vehicle into the United States from Mexico to Dallas, Texas and park it at a hotel overnight. FERNANDEZ-Cruz said this was his third time making the trip.